Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21117−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Felucene Felicitas                                           Liza Felicitas
   97 Oregon Ave                                                aka Liza Peterson
   Waretown, NJ 08758−2436                                      97 Oregon Ave
                                                                Waretown, NJ 08758−2436

Social Security No.:
   xxx−xx−9406                                                  xxx−xx−3603

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS

   The debtor filed a petition on June 3, 2019 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

   Summary of Assets/Liabilities and Stat Info, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C−1), Calculation of Your Disposable Income (122C−2) − If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,G,H,I,J,

   It is hereby ORDERED that:

   The debtor or debtor?s attorney must appear at a hearing before the Honorable Michael B. Kaplan on:

   Date: June 25, 2019
   Time: 02:00 PM
   Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   to show cause why the case should not be dismissed.

   If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

   Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

   Unless all required documents are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: June 4, 2019

JAN: amg

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Felucene Felicitas  
Liza Felicitas  
    Debtors

Case No. 19-21117-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 04, 2019  
    Form ID: oscmsdoc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.  
db/jdb    Felucene Felicitas,   Liza Felicitas,   97 Oregon Ave,   Waretown, NJ 08758-2436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg    +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 04 2019 23:45:22    United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:  
    Albert Russo   docs@russotrustee.com  
    Daniel E. Straffi   on behalf of Debtor Felucene Felicitas bkclient@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
    Daniel E. Straffi   on behalf of Joint Debtor Liza Felicitas bkclient@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 4