Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–21117–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Felucene Felicitas
   97 Oregon Ave
   Waretown, NJ 08758–2436

   Liza Felicitas
   aka Liza Peterson
   97 Oregon Ave
   Waretown, NJ 08758–2436

Social Security No.:
   xxx–xx–9406                                          xxx–xx–3603

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          8/14/19
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 25, 2019
JAN: amg

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 19-21117-MBK
Felucene Felicitas                                                Chapter 13
Liza Felicitas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jun 25, 2019
                              Form ID: 132             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
```
db/jdb         Felucene Felicitas,    Liza Felicitas,    97 Oregon Ave,    Waretown, NJ  08758-2436
518280379      American Express,    PO Box 1270,    Newark, NJ  07101-1270
518280381      Best Buy Credit Services,    PO Box 9001007,    Louisville, KY  40290-1007
518280383      Coastal Healthcare,    1659 Route 88 Ste 2B,    Brick, NJ  08724-3011
518280386      Elite Construction Corporation,    49 Linden Ave,    Mantua, NJ  08051-1526
518280387      Gem Recovery System,    1001 McBride Ave,    Little Falls, NJ  07424-2534
518280388     +Gem Recovery System,    Po Box 85,    Emerson, NJ 07630-0085
518280389      Home Depot Credit Service,    PO Box 9001010,    Louisville, KY  40290-1010
518280390      Home Depot Credit Serviceds,    PO Box 9001010,    Louisville, KY  40290-1010
518280391      Home Depot Credit Services,    PO Box 9001010,    Louisville, KY  40290-1010
518280394     +Lending Club,    595 Market St Ste 200,    San Francisco, CA 94105-2807
518280399      MONOC Ambulance,    1001 McBride Ave,    Little Falls, NJ  07424-2534
518280398      MONOC Ambulance,    4806 Megill Rd,    Neptune City, NJ  07753-6926
518280395      Macy's,    PO Box 78008,    Phoenix, AZ  85062-8008
518280396      Mensching & Lucarini, PC,    1200 Hooper Ave,    Toms River, NJ  08753-3594
518280397      Mohela/Dept of Education,    633 Spirit Dr,    Chesterfield, MO  63005-1243
518303259     +Monmouth Ocean Hospital Service Corp.,    C/O Gem Recovery Systems,    800 Kindermack Road,
                Suite 206 N,    Oradell, NJ 07649-1554
518280401      Sears Credit Cards,    PO Box 78051,    Phoenix, AZ  85062-8051
518307940     +TD Bank, N.A. as successor in,    interest to Commerce Bank, N.A.,
                c/o Schiller Knapp Lefkowitz Hertzel,    950 New Loudon Rd,    Latham, NY 12110-2100
518280407    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     Attn: Bankruptcy Dept,    PO Box 8026,
                Cedar Rapids, IA  52408-8026)
518280408      Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA  52409-0004
518310360     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518280409      US Small Business Administration,    2 20th St N Ste 320,    Birmingham, AL  35203-4002
518280410      VItal Recovery Services, Inc.,    PO Box 923747,    Norcross, GA  30010-3747
518280411      Wells Fargo Bank, NA,    PO Box 71118,    Charlotte, NC  28272-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2019 00:08:18     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2019 00:08:14     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518280377      E-mail/Text: ally@ebn.phinsolutions.com Jun 26 2019 00:07:19     Ally,    PO Box 380902,
                Bloomington, MN  55438-0902
518280378      E-mail/Text: ally@ebn.phinsolutions.com Jun 26 2019 00:07:19     Ally Bank,    PO Box 380903,
                Minneapolis, MN  55438-0903
518280380      E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 26 2019 00:08:43
                Bayview Loan Servicing,    4425 Ponce de Leon Blvd,    Coral Gables, FL  33146-1837
518280382      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2019 00:04:19     Capital One,
                PO Box 6492,    Carol Stream, IL  60197-6492
518280384      E-mail/PDF: creditonebknotifications@resurgent.com Jun 26 2019 00:05:04     Credit One Bank,
                PO Box 98872,    Las Vegas, NV  89193-8872
518280385      E-mail/Text: mrdiscen@discover.com Jun 26 2019 00:07:21     Discover Bank,    PO Box 71084,
                Charlotte, NC  28272-1084
518292011      E-mail/Text: mrdiscen@discover.com Jun 26 2019 00:07:21     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518280392      E-mail/Text: bncnotices@becket-lee.com Jun 26 2019 00:07:26     Kohl's,    PO Box 3115,
                Milwaukee, WI  53201-3115
518280393      E-mail/Text: bncnotices@becket-lee.com Jun 26 2019 00:07:26     Kohl's,    PO Box 2983,
                Milwaukee, WI  53201-2983
518280400     +E-mail/PDF: cbp@onemainfinancial.com Jun 26 2019 00:04:05     One Main Financial,
                1350 Hooper Avenue,    Toms River, NJ 08753-2980
518284264     +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:04:14     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518280402      E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:05:35     Synchrony Bank,    PO Box 960061,
                Orlando, FL  32896-0061
518280403      E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:04:14     Synchrony Bank/JCP,
                PO Box 960090,    Orlando, FL  32896-0090
518280404      E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:04:14     Synchrony Bank/Lowes,
                PO Box 530914,    Atlanta, GA  30353-0914
518280405      E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:04:14     Synchrony Bank/TJX Rewards,
                PO Box 530948,    Atlanta, GA  30353-0948
518280406      E-mail/Text: bankruptcy@td.com Jun 26 2019 00:08:21     TD Bank, NA,    32 Chestnut St,
                Lewiston, ME  04240-7744
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jun 25, 2019
                               Form ID: 132             Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Daniel E. Straffi    on behalf of Debtor Felucene  Felicitas bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi    on behalf of Joint Debtor Liza  Felicitas bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company. rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor   TD Bank, N.A. as successor in interest to
           Commerce Bank, N.A. rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 6
```