**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security  **1** Assumption of Executory Contract or Unexpired Lease  **0** Lien Avoidance

---

**Last Revised September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**IN RE:**                                                              Case No. _____

                                                                        Judge _____

**Felicitas, Felucene & Felicitas, Liza**
_____
                         Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

**[X]** Original            **[ ]** Modified/Notice Required        Date: **May 24, 2019**

**[ ]** Motions Included    **[ ]** Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

**[ ]** DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

**[ ]** DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

**[ ]** DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **DES**        Initial Debtor: **FF**             Initial Co-Debtor: **LF**

**Part 1: Payment and Length of Plan**

a.  The debtor shall pay $ **500.00** per **month** to the Chapter 13 Trustee, starting on **6/01/2019** for approximately **60** months.

b.  The debtor shall make plan payments to the Trustee from the following sources:
    **[X]** Future Earnings
    **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
    **[ ]** Sale of real property
    Description:
    Proposed date for completion: _____

    **[ ]** Refinance of real property
    Description:
    Proposed date for completion: _____

    **[ ]** Loan modification with respect to mortgage encumbering property
    Description:
    Proposed date for completion: _____

d.  **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  **[ ]** Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Straffi & Straffi** | **Administrative Expense** | **3,400.00** |
| **Standing Chapter 13 Trustee** | **507(1)(1) Admin Exp.** | **To be determined** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence: [X]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim

3

shall discharge the corresponding lien.

   **e. Surrender [X] NONE**

   Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

   **f. Secured Claims Unaffected by the Plan [ ] NONE**

   The following secured claims are unaffected by the Plan:
   **Bayview Loan Servicing - 2nd Mortgage**
   **TD Bank, NA - 1st Mortgage**
   **Toyota Financial Services - Vehicle Loan**
   **US Small Business Administration - 3rd Lien**

   **g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

## Part 5: Unsecured Claims [ ] NONE

   **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

   ___ Not less than $ _____ to be distributed *pro rata*
   ___ Not less than _____ percent
    **X** *Pro Rata* distribution from any remaining funds

   b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **Mohela/Dept of Education** | **Student Loan** | **Outside of Plan** | 8,139.00 |
| **Mohela/Dept of Education** | **Student Loan** | **Outside of Plan** | 7,622.00 |

## Part 6: Executory Contracts and Unexpired Leases [ ] NONE

   (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **Ally** | **0.00** | **Lease on 2019 Toyota Tacoma** | **Assume** | **375.00** |

## Part 7: Motions [ ] NONE

4

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   **a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** [  ] **NONE**
   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

   **b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **None** | | | | | | |

   **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **None** | | | | | |

**Part 8: Other Plan Provisions**

   **a. Vesting of Property of the Estate**

   **X**   Upon Confirmation
   ___ Upon Discharge

   **b. Payment Notices**

   Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   **c. Order of Distribution**

   The Standing Trustee shall pay allowed claims in the following order:

5

   1) **Trustee Commissions**
   2) **Other Administrative Claims**
   3) **Secured Claims**
   4) **Lease Arrearages**
   5) **Priority Claims**
   6) **General Unsecured Claims**

   **d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [X] NONE**

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

   Non-Standard Provisions Requiring Separate Signatures:

   **[X]** NONE
   **[ ]** Explain here:


   Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **May 24, 2019**          */s/ Felucene Felicitas*
                                Debtor

Date: **May 24, 2019**          */s/ Liza Felicitas*
                                Joint Debtor

Date: **May 24, 2019**          */s/ Daniel E. Straffi, Jr.*
                                Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-21117-MBK
Felucene Felicitas                                              Chapter 13
Liza Felicitas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jun 25, 2019
                              Form ID: pdf901          Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
```
db/jdb         Felucene Felicitas,    Liza Felicitas,    97 Oregon Ave,    Waretown, NJ 08758-2436
518280379      American Express,    PO Box 1270,    Newark, NJ 07101-1270
518280381      Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
518280383      Coastal Healthcare,    1659 Route 88 Ste 2B,    Brick, NJ 08724-3011
518280386      Elite Construction Corporation,    49 Linden Ave,    Mantua, NJ 08051-1526
518280387      Gem Recovery System,    1001 McBride Ave,    Little Falls, NJ 07424-2534
518280388     +Gem Recovery System,    Po Box 85,    Emerson, NJ 07630-0085
518280389      Home Depot Credit Service,    PO Box 9001010,    Louisville, KY 40290-1010
518280390      Home Depot Credit Serviceds,    PO Box 9001010,    Louisville, KY 40290-1010
518280391      Home Depot Credit Services,    PO Box 9001010,    Louisville, KY 40290-1010
518280394     +Lending Club,    595 Market St Ste 200,    San Francisco, CA 94105-2807
518280399      MONOC Ambulance,    1001 McBride Ave,    Little Falls, NJ 07424-2534
518280398      MONOC Ambulance,    4806 Megill Rd,    Neptune City, NJ 07753-6926
518280395      Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
518280396      Mensching & Lucarini, PC,    1200 Hooper Ave,    Toms River, NJ 08753-3594
518280397      Mohela/Dept of Education,    633 Spirit Dr,    Chesterfield, MO 63005-1243
518303259     +Monmouth Ocean Hospital Service Corp.,    C/O Gem Recovery Systems,    800 Kindermack Road,
                Suite 206 N,    Oradell, NJ 07649-1554
518280401      Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
518307940     +TD Bank, N.A. as successor in,    interest to Commerce Bank, N.A.,
                c/o Schiller Knapp Lefkowitz Hertzel,    950 New Loudon Rd,    Latham, NY 12110-2100
518280407    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    Attn: Bankruptcy Dept,   PO Box 8026,
                Cedar Rapids, IA 52408-8026)
518280408      Toyota Motor Credit,    PO Box 9786,    Cedar Rapids, IA 52409-0004
518310360     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518280409      US Small Business Administration,    2 20th St N Ste 320,    Birmingham, AL 35203-4002
518280410      VItal Recovery Services, Inc.,    PO Box 923747,    Norcross, GA 30010-3747
518280411      Wells Fargo Bank, NA,    PO Box 71118,    Charlotte, NC 28272-1118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2019 00:08:18     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2019 00:08:14     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518280377      E-mail/Text: ally@ebn.phinsolutions.com Jun 26 2019 00:07:19     Ally,   PO Box 380902,
                Bloomington, MN 55438-0902
518280378      E-mail/Text: ally@ebn.phinsolutions.com Jun 26 2019 00:07:19     Ally Bank,   PO Box 380903,
                Minneapolis, MN 55438-0903
518280380      E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 26 2019 00:08:43
               Bayview Loan Servicing,    4425 Ponce de Leon Blvd,   Coral Gables, FL 33146-1837
518280382      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2019 00:04:57     Capital One,
                PO Box 6492,    Carol Stream, IL 60197-6492
518280384      E-mail/PDF: creditonebknotifications@resurgent.com Jun 26 2019 00:05:01     Credit One Bank,
                PO Box 98872,    Las Vegas, NV 89193-8872
518280385      E-mail/Text: mrdiscen@discover.com Jun 26 2019 00:07:21     Discover Bank,   PO Box 71084,
                Charlotte, NC 28272-1084
518292011      E-mail/Text: mrdiscen@discover.com Jun 26 2019 00:07:21     Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
518280392      E-mail/Text: bncnotices@becket-lee.com Jun 26 2019 00:07:26     Kohl's,   PO Box 3115,
                Milwaukee, WI 53201-3115
518280393      E-mail/Text: bncnotices@becket-lee.com Jun 26 2019 00:07:26     Kohl's,   PO Box 2983,
                Milwaukee, WI 53201-2983
518280400     +E-mail/PDF: cbp@onemainfinancial.com Jun 26 2019 00:05:23     One Main Financial,
                1350 Hooper Avenue,    Toms River, NJ 08753-2980
518284264     +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:05:33     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518280402      E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:04:13     Synchrony Bank,   PO Box 960061,
                Orlando, FL 32896-0061
518280403      E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:05:33     Synchrony Bank/JCP,
                PO Box 960090,    Orlando, FL 32896-0090
518280404      E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:04:14     Synchrony Bank/Lowes,
                PO Box 530914,    Atlanta, GA 30353-0914
518280405      E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:04:50     Synchrony Bank/TJX Rewards,
                PO Box 530948,    Atlanta, GA 30353-0948
518280406      E-mail/Text: bankruptcy@td.com Jun 26 2019 00:08:21     TD Bank, NA,   32 Chestnut St,
                Lewiston, ME 04240-7744
                                                                                              TOTAL: 18
```

***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

```
District/off: 0312-3            User: admin                 Page 2 of 2                 Date Rcvd: Jun 25, 2019
                                Form ID: pdf901             Total Noticed: 43
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Felucene  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Liza  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company. rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor   TD Bank, N.A. as successor in interest to
               Commerce Bank, N.A. rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6