

| | |
|---|---|
| **United States Bankruptcy Court for the District of New Jersey** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Peter E. Meltzer, Esquire<br>Identification No. 047241995<br>**Weber Gallagher Simpson Stapleton Fires & Newby, LLP**<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19103<br>Phone No.: 267-295-3363<br>Fax No.: 215-564-7699<br>Attorneys for OneMain Financial Group, LLC as servicer for OneMain Direct Auto Receivables Trust 2019-1 | **Order Filed on September 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **In Re:**<br><br>**Felucene Felicitas**<br>**Liza Felicitas**<br><br>**Debtors** | Case No.: 19-21117<br>Hearing Date:<br>Judge: Michael B. Kaplan<br>Chapter: 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following pages is hereby **ORDERED:**

**DATED: September 18, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of OneMain Financial Group, LLC, as servicer for OneMain Direct Auto Receivables Trust 2019-1, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

> Personal property more fully described as: 2011 Honda Odyssey; VIN 5FNRL5H63BB103678.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.