Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−21117−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Felucene Felicitas                                     Liza Felicitas
   97 Oregon Ave                                         aka Liza Peterson
   Waretown, NJ 08758−2436                   97 Oregon Ave
                                                          Waretown, NJ 08758−2436

Social Security No.:
   xxx−xx−9406                                               xxx−xx−3603

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

    The Court having noted that the debtor filed an Amendment to Schedule E/F on September 18, 2019 or to the List of Creditors on N/A , and for good cause shown, it is

    ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

    2.   In a Chapter 11 case:

       a)   a copy of the last modified plan and disclosure statement, if any, and

       b)   a copy of any order approving the adequacy of the disclosure statement
       and/or the scheduling of the plan for confirmation.

    3.   In a Chapter 12 or Chapter 13 case:

       a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

       b)   a copy of the last modified plan that has been filed in the case.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the added creditors or parties have

    1.   until the original deadline, if any, fixed by the court to file a complaint to object to
    the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
    whichever is later;

    2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

    3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: September 18, 2019
JAN:

                                    <u>Michael B. Kaplan</u>
                                    United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-21117-MBK
Felucene Felicitas                                                      Chapter 13
Liza Felicitas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Sep 18, 2019
                              Form ID: oresadoc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db/jdb         Felucene Felicitas,    Liza Felicitas,    97 Oregon Ave,    Waretown, NJ 08758-2436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 19 2019 00:44:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Albert Russo     docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Felucene  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Liza  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Edward L. Paul    on behalf of Creditor    Elite Construction Corporation elp@paulandkatzlaw.com,
               jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N.A. as successor in interest to
               Commerce Bank, N.A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Peter E. Meltzer    on behalf of Creditor    One Main Financial Group, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company. rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. as successor in interest to
               Commerce Bank, N.A. rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9