| | |
|---|---|
| **United States Bankruptcy Court**<br>**for the District of New Jersey** | |
| Caption in Compliance with D.N.J. LBR 9004-l(b)<br><br>Peter E. Meltzer, Esquire<br>Identification No. 047241995<br>**Weber Gallagher Simpson Stapleton Fires & Newby, LLP**<br>2000 Market Street, 13th Floor<br>Philadelphia, PA 19103<br>Phone No.: 267-295-3363<br>Fax No.: 215-564-7699<br>Attorneys for OneMain Financial Group, LLC as servicer for OneMain Direct Auto Receivables Trust 2019-1 | **Order Filed on September 18, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **In Re:**<br><br>**Felucene Felicitas**<br>**Liza Felicitas**<br><br>**Debtors** | Case No.: 19-21117<br>Hearing Date:<br>Judge: Michael B. Kaplan<br>Chapter: 13 |

Recommended Local Form:  ☒ Followed  ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following pages is hereby **ORDERED:**

**DATED: September 18, 2019**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of OneMain Financial Group, LLC, as servicer for OneMain Direct Auto Receivables Trust 2019-1, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

> Personal property more fully described as: 2011 Honda Odyssey; VIN 5FNRL5H63BB103678.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-21117-MBK
Felucene Felicitas                                                                      Chapter 13
Liza Felicitas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.
db/jdb          Felucene Felicitas,    Liza Felicitas,   97 Oregon Ave,    Waretown, NJ 08758-2436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Felucene  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Liza  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Edward L. Paul    on behalf of Creditor    Elite Construction Corporation elp@paulandkatzlaw.com,
               jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N.A. as successor in interest to
               Commerce Bank, N.A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Peter E. Meltzer    on behalf of Creditor    One Main Financial Group, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company. rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. as successor in interest to
               Commerce Bank, N.A. rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9