| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph G. Devine Jr., Esq. (ID #03107-2011)<br>SCHILLER, KNAPP, LEFKOWITZ &<br>HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street<br>Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, TD Bank, N.A. | Order Filed on February 11, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    FELUCENE FELICITAS AND LIZA<br>    FELICITAS AKA LIZA PETERSON,<br><br>                  Debtors. | Case No.: 19-21117-MBK<br><br>Judge.: Michael J. Kaplan<br><br>Chapter: 13 |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: February 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph G. Devine Jr., Esq. (ID #03107-2011)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

In Re:

FELUCENE FELICITAS AND LIZA
FELICITAS AKA LIZA PETERSON,

Debtors.

Case No.: 19-21117-MBK

Judge.: Michael J. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

WHEREAS, TD Bank, N.A. filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1.  That the debtor shall pay the pre-petition mortgage arrears in the amount of $5,930.51 through the debtor's Chapter 13 Plan as set forth in the Creditor's proof of claim.

2.  The debtor shall continue to make monthly post-petition mortgage payments directly to TD Bank, N.A., outside the Chapter 13 Plan.

| | |
|---|---|
| __/s/ Joseph Devine_____ | ___/s/ Daniel Straffi_____ |
| Joseph Devine, Jr., Esq. | Daniel E. Straffi, Esq. |
| Attorney for Creditor | Attorney for Debtor |
| Schiller, Knapp, Lefkowitz & Hertzel, LLP | Straffi & Straffi, LLC |
| 30 Montgomery St, Suite 1205 | 670 Commons Way |
| Jersey City, New Jersey 07302 | Toms River, New Jersey 08755 |
| Date: February 3, 2020 | Date:: January 30, 2020 |

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                     Case No. 19-21117-MBK
Felucene Felicitas                                         Chapter 13
Liza Felicitas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Feb 11, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db/jdb          Felucene Felicitas,    Liza Felicitas,    97 Oregon Ave,    Waretown, NJ 08758-2436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Felucene  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Liza  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Edward L. Paul    on behalf of Creditor    Elite Construction Corporation elp@paulandkatzlaw.com,
               jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N.A. as successor in interest to
               Commerce Bank, N.A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Peter E. Meltzer    on behalf of Creditor    One Main Financial Group, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company. rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. as successor in interest to
               Commerce Bank, N.A. rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10