B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re  Felucene Felicitas & Liza Peterson  ,           Case No.  3:2019bk21117

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Linear Mortgage, LLC | Bayview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
P.O. Box 2420
Sarasota, FL 34230

Court Claim # (if known):  28
Amount of Claim:  $10,453.07
Date Claim Filed:  08/12/2019

Phone: (877) 215-2507
Last Four Digits of Acct #:  9406

Phone: (866) 709-3400
Last Four Digits of Acct. #:  7321

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Taylor Bennett                        Date: 03/05/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



# Ocean County
## Document Summary Sheet

| | |
|---|---|
| OCEAN COUNTY CLERK | INSTR # 2020024251 |
| PO BOX 2191 | OR BK 17811 PG 549 |
| COURTHOUSE | RECORDED 03/05/2020 08:49:00 AM |
| TOMS RIVER NJ 08754 | SCOTT M. COLABELLA, COUNTY CLERK |
| | OCEAN COUNTY, NEW JERSEY |
| | RECORDING FEES 50.00 |

**Official Use Only**

| Transaction Identification Number | | 4246256    3924281 |
|---|---|---|
| Submission Date *(mm/dd/yyyy)* | 03/04/2020 | **Return Address** *(for recorded documents)* |
| No. of Pages *(excluding Summary Sheet)* | 2 | LINEAR MORTGAGE, LLC |
| Recording Fee *(excluding transfer tax)* | $50.00 | 1970 MAIN ST. |
| Realty Transfer Tax | $0.00 | SARASOTA, FL 34236 |
| Total Amount | $50.00 | |
| Document Type | ASSIGNMENT/MORTGAGE | |

**Municipal Codes**

| OCEAN TOWNSHIP | 21 |
|---|---|

**Batch Type**   L2 - LEVEL 2 (WITH IMAGES)

602660

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

# Ocean County
## Document Summary Sheet

| | Type | ASSIGNMENT/MORTGAGE | | | |
|---|---|---|---|---|---|
| | Consideration | | | | |
| | Submitted By | LINEAR MORTGAGE, LLC (CSC/INGEO SYSTEMS INC) | | | |
| | Document Date | 02/06/2020 | | | |
| | Reference Info | | | | |
| ASSIGNMENT/MO RTGAGE | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | OR | 13068 | 1597 | 2006039833 | |
| | MORTGAGOR | Name | | Address | |
| | | BAYVIEW LOAN SERVICING LLC | | | |
| | | FELUCENE L FELICITAS | | | |
| | | LIZA PETERSON | | | |
| | ASSIGNEE AND BORROWE | Name | | Address | |
| | | BAYVIEW DISPOSITIONS IVA LLC | | | |
| | Parcel Info | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Recording Requested By:
LINEAR MORTGAGE, LLC

When Recorded Mail To:
LINEAR MORTGAGE, LLC
1970 MAIN ST 201
SARASOTA, FL, 34236

Loan #: 1737321
TS Ref #: 00107100000000096
Client Ref #: 1737321B

## CORPORATE ASSIGNMENT OF MORTGAGE



NJ/OCEAN

Assignment Prepared on: January 31, 2020

**Assignor:** BAYVIEW LOAN SERVICING, LLC, at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FL, 33146

**Assignee:** BAYVIEW DISPOSITIONS IVA, LLC, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 2/28/2006, in the amount of $41,870.75, executed by FELUCENE L FELICITAS LIZA PETERSON to CITIFINANCIAL SERVICES, INC., A PENNSYLVANIA CORPORATION. Recorded: 3/6/2006, Instrument #: 2006039833, Book: 13068, Page: 1597 in OCEAN County, State of New Jersey.

The property is located in the Township of OCEAN.
Property Address: 97 OREGON AVE, WARETOWN, NJ, 08758

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

BAYVIEW LOAN SERVICING, LLC
On: FEB 0 6 2020
By: _____
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On FEB 0 6 2020, before me, Isabel Molina, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW LOAN SERVICING, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

Isabel Molina
Notary Expires: 5/7/2023 /#: GG 331968

ISABEL MOLINA
MY COMMISSION # GG 331968
EXPIRES: May 7, 2023
Bonded Thru Notary Public Underwriters

NJ/OCEAN

## SCHEDULE "A"

90-01447303

ALL THAT CERTAIN LOT, PARCEL OR TRACT OF LAND, SITUATE AND LYING IN THE TOWNSHIP OF OCEAN, COUNTY OF OCEAN AND STATE OF NEW JERSEY BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEING LOTS 957, 959 AND 961 BLOCK 35 ACCORDING TO A MAP ENTITLED, "REVISED MAP OF A PORTION OF BAY HAVEN", AND FILED IN THE OCEAN COUNTY CLERK'S OFFICE JULY 24,1931 AS MAP NO. C-249, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT AT THE DIVISION LINE OF LOTS 10 AND 11, SAID POINT BEING 150.00 FEET WESTERLY FROM THE INTERSECTION OF THE WESTERLY RIGHT OF WAY OF KENNEDY DRIVE AND THE NORTHERLY RIGHT OF WAY OF OREGON AVENUE AND RUNNING

(1) NORTH 62 DEGREES 35 MINUTES WEST 90.00 FEET ALONG THE NORTHERLY RIGHT OF WAY OF OREGON AVENUE TO A POINT; THENCE

(2) NORTH 27 DEGREES 25 MINUTES EAST 80.00 FEET TO A POINT; THENCE

(3) SOUTH 62 DEGREES 35 MINUTES EAST 90.00 FEET TO A POINT; THENCE

(4) SOUTH 27 DEGREES 25 MINUTES WEST 80.00 FEET TO THE POINT OF BEGINNING.

THE ABOVE DESCRIPTION WAS DRAWN IN ACCORDANCE WITH A SURVEY PREPARED BY DSV & ASSOCIATES, DATED JUNE 1,2004.

SUBJECT TO EASEMENTS, RESTRICTIONS AND COVENANTS OF RECORD, IF ANY.

BEING THE SAME PROPERTY CONVEYED TO LIZA PETERSON, SINGLE & FELUCENE L. FELICITAS, SINGLE BY DEED FROM APRIL GILLIGAN, SINGLE RECORDED 06/29/2004 IN DEED BOOK 12142 PAGE 849, IN THE OCEAN COUNTY, NEW JERSEY, CLERK'S OFFICE.

TAX ID# BLOCK 197 LOT 11



# Ocean County
## Document Summary Sheet

| | |
|---|---|
| OCEAN COUNTY CLERK<br>PO BOX 2191<br>COURTHOUSE<br>TOMS RIVER NJ 08754 | INSTR # 2020024382<br>OR BK 17811 PG 1365<br>RECORDED 03/05/2020 09:42:34 AM<br>SCOTT M. COLABELLA, COUNTY CLERK<br>OCEAN COUNTY, NEW JERSEY<br>RECORDING FEES 50.00<br><br>**Official Use Only** |

| Transaction Identification Number | | 4247199 | 3925462 |
|---|---|---|---|
| **Submission Date**(mm/dd/yyyy) | 03/05/2020 | **Return Address** (for recorded documents) | |
| **No. of Pages** (excluding Summary Sheet) | 2 | LINEAR MORTGAGE, LLC | |
| **Recording Fee** (excluding transfer tax) | $50.00 | 1970 MAIN ST. | |
| **Realty Transfer Tax** | $0.00 | SARASOTA, FL 34236 | |
| **Total Amount** | $50.00 | | |

| Document Type | ASSIGNMENT/MORTGAGE |
|---|---|

**Municipal Codes**

| OCEAN TOWNSHIP | 21 |
|---|---|

**Batch Type**   L2 - LEVEL 2 (WITH IMAGES)

602841

**Additional Information (Official Use Only)**

*** DO NOT REMOVE THIS PAGE.**
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

# Ocean County
## Document Summary Sheet

| | Type | ASSIGNMENT/MORTGAGE | | | |
|---|---|---|---|---|---|
| ASSIGNMENT/MORTGAGE | Consideration | | | | |
| | Submitted By | LINEAR MORTGAGE, LLC (CSC/INGEO SYSTEMS INC) | | | |
| | Document Date | 02/06/2020 | | | |
| | Reference Info | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | OR | 13068 | 1597 | 2006039833 | |
| | MORTGAGOR | Name | | Address | |
| | | BAYVIEW DISPOSITIONS IVA LLC | | | |
| | | FELUCENE L FELICITAS | | | |
| | | LIZA PETERSON | | | |
| | ASSIGNEE AND BORROWE | Name | | Address | |
| | | LINEAR MORTGAGE LLC | | | |
| | Parcel Info | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | | | | | |

*DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF OCEAN COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Recording Requested By:
LINEAR MORTGAGE, LLC

When Recorded Mail To:
LINEAR MORTGAGE, LLC
1970 MAIN ST 201
SARASOTA, FL, 34236

Loan #: 1737321
TS Ref #: 00107100000000164
Client Ref #: 1737321C

## CORPORATE ASSIGNMENT OF MORTGAGE



NJ/OCEAN

Assignment Prepared on: January 31, 2020

Assignor: BAYVIEW DISPOSITIONS IVA, LLC, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

Assignee: LINEAR MORTGAGE, LLC, at 1970 MAIN ST, SUITE 201, SARASOTA, FL, 34236

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 2/28/2006, in the amount of $41,870.75, executed by FELUCENE L FELICITAS LIZA PETERSON to CITIFINANCIAL SERVICES, INC., A PENNSYLVANIA CORPORATION. Recorded: 3/6/2006, Instrument #: 2006039833, Book: 13068, Page: 1597 in OCEAN County, State of New Jersey.

The property is located in the Township of OCEAN.
Property Address: 97 OREGON AVE, WARETOWN, NJ, 08758

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

BAYVIEW DISPOSITIONS IVA, LLC

On: FEB 0 6 2020

By:
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On FEB 0 6 2020 , before me, Isabel Molina, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW DISPOSITIONS IVA, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

Isabel Molina
Notary Expires: 5/7/2023  #: GG 331968

ISABEL MOLINA
MY COMMISSION # GG 331968
EXPIRES: May 7, 2023
Bonded Thru Notary Public Underwriters

NJ/OCEAN

CFN 2020024382 O DOC_TYPE ASSN MTG BK 17811 PG 1367 PAGE 3 OF 4

## SCHEDULE "A"

90-01447303

ALL THAT CERTAIN LOT, PARCEL OR TRACT OF LAND, SITUATE AND LYING IN THE TOWNSHIP OF OCEAN, COUNTY OF OCEAN AND STATE OF NEW JERSEY BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEING LOTS 957, 959 AND 961 BLOCK 35 ACCORDING TO A MAP ENTITLED, "REVISED MAP OF A PORTION OF BAY HAVEN", AND FILED IN THE OCEAN COUNTY CLERK'S OFFICE JULY 24,1931 AS MAP NO. C-249, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT AT THE DIVISION LINE OF LOTS 10 AND 11, SAID POINT BEING 150.00 FEET WESTERLY FROM THE INTERSECTION OF THE WESTERLY RIGHT OF WAY OF KENNEDY DRIVE AND THE NORTHERLY RIGHT OF WAY OF OREGON AVENUE AND RUNNING

(1) NORTH 62 DEGREES 35 MINUTES WEST 90.00 FEET ALONG THE NORTHERLY RIGHT OF WAY OF OREGON AVENUE TO A POINT; THENCE

(2) NORTH 27 DEGREES 25 MINUTES EAST 80.00 FEET TO A POINT; THENCE

(3) SOUTH 62 DEGREES 35 MINUTES EAST 90.00 FEET TO A POINT; THENCE

(4) SOUTH 27 DEGREES 25 MINUTES WEST 80.00 FEET TO THE POINT OF BEGINNING.

THE ABOVE DESCRIPTION WAS DRAWN IN ACCORDANCE WITH A SURVEY PREPARED BY DSV & ASSOCIATES, DATED JUNE 1,2004.

SUBJECT TO EASEMENTS, RESTRICTIONS AND COVENANTS OF RECORD, IF ANY.

BEING THE SAME PROPERTY CONVEYED TO LIZA PETERSON, SINGLE & FELUCENE L. FELICITAS, SINGLE BY DEED FROM APRIL GILLIGAN, SINGLE RECORDED 06/29/2004 IN DEED BOOK 12142 PAGE 849, IN THE OCEAN COUNTY, NEW JERSEY, CLERK'S OFFICE.

TAX ID# BLOCK 197 LOT 11

## ALLONGE TO THE NOTE



Loan Number: 1737321
Document Reference #: 0010710000000300
Borrower: FELUCENE L FELICITAS AND LIZA PETERSON
Date of Note: 2/28/2006
Loan Amount: $41,870.75
Property Address: 97 OREGON AVE, WARETOWN, NJ, 08758

For Value received, I hereby transfer, endorse and assign the within Note. Statement of Purpose: This Note Allonge is attached to and made part of the Note, for the purpose of Noteholder Endorsement to evidence a transfer of interest.

Pay to the order of:

**LINEAR MORTGAGE, LLC**, Without recourse

**BAYVIEW DISPOSITIONS IVA, LLC**

By: _____
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT