UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Felucene Felicitas
Liza Felicitas
*aka* Liza Peterson

                                    Debtors.

**Order Filed on March 25, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter: 13

Case No.: 19-21117-MBK

Hearing Date: March 25, 2020

Judge: Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: March 25, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtors:               Felucene Felicitas and Liza Felicitas
Case No.:            19-21117-MBK
Caption of Order:     **ORDER VACATING AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the motion of Toyota Motor Credit

Corporation ("Movant"), for an order vacating the automatic stay pursuant to 11 U.S.C. § 362(a),

and for good cause shown for the entry of this Order, it is:

1.      The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is

terminated as to Movant's interest in the following property: 2019 Toyota Highlander; VIN:

5TDDGRFH4KS058594 collateral").

2.      Movant has *in rem* relief to take any and all steps necessary to exercise any and all

rights it may have in the collateral and to have such other and further *in rem* relief as is just.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-21117-MBK
Felucene Felicitas                                              Chapter 13
Liza Felicitas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Mar 26, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db/jdb          Felucene Felicitas,   Liza Felicitas,   97 Oregon Ave,   Waretown, NJ  08758-2436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Felucene  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Liza  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Edward L. Paul    on behalf of Creditor   Elite Construction Corporation elp@paulandkatzlaw.com,
               jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Gavin  Stewart    on behalf of Creditor   Toyota Motor Credit Corporation bk@stewartlegalgroup.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor   TD Bank, N.A. as successor in interest to
               Commerce Bank, N.A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;lgadomski@schillerknapp.com
              Peter E. Meltzer    on behalf of Creditor   One Main Financial Group, LLC pmeltzer@wglaw.com,
               ibernatski@wglaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company. rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor   TD Bank, N.A. as successor in interest to
               Commerce Bank, N.A. rtracy@hillwallack.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 11