Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21117−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Felucene Felicitas
   97 Oregon Ave
   Waretown, NJ 08758−2436

   Liza Felicitas
   aka Liza Peterson
   97 Oregon Ave
   Waretown, NJ 08758−2436

Social Security No.:
   xxx−xx−9406

   xxx−xx−3603

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 15, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 16, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-21117-MBK
Felucene Felicitas                                                    Chapter 13
Liza Felicitas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Apr 16, 2020
                              Form ID: 148             Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
```
db/jdb          Felucene Felicitas,   Liza Felicitas,   97 Oregon Ave,   Waretown, NJ 08758-2436
cr             +Elite Construction Corporation,   c/o Paul & Katz, P.C.,   1103 Laurel Oak Road,   Suite 105C,
                 Voorhees, NJ 08043-4376
cr             +Toyota Motor Credit Corporation,   P.O. Box 340514,   Tampa, FL 33694-0514
518280381       Best Buy Credit Services,   PO Box 9001007,   Louisville, KY 40290-1007
518280383       Coastal Healthcare,   1659 Route 88 Ste 2B,   Brick, NJ 08724-3011
518280386       Elite Construction Corporation,   49 Linden Ave,   Mantua, NJ 08051-1526
518280387       Gem Recovery System,   1001 McBride Ave,   Little Falls, NJ 07424-2534
518280388      +Gem Recovery System,   Po Box 85,   Emerson, NJ 07630-0085
518280389       Home Depot Credit Service,   PO Box 9001010,   Louisville, KY 40290-1010
518280390       Home Depot Credit Serviceds,   PO Box 9001010,   Louisville, KY 40290-1010
518280391       Home Depot Credit Services,   PO Box 9001010,   Louisville, KY 40290-1010
518280394      +Lending Club,   595 Market St Ste 200,   San Francisco, CA 94105-2807
518757073      +Linear Mortgage, LLC,   PO Box 2420,   Sarasota, FL 34230-2420
518757074      +Linear Mortgage, LLC,   PO Box 2420,   Sarasota, FL 34230,   Linear Mortgage, LLC,
                 PO Box 2420,   Sarasota, FL 34230-2420
518280399       MONOC Ambulance,   1001 McBride Ave,   Little Falls, NJ 07424-2534
518280398       MONOC Ambulance,   4806 Megill Rd,   Neptune City, NJ 07753-6926
518280395       Macy's,   PO Box 78008,   Phoenix, AZ 85062-8008
518280396       Mensching & Lucarini, PC,   1200 Hooper Ave,   Toms River, NJ 08753-3594
518280397       Mohela/Dept of Education,   633 Spirit Dr,   Chesterfield, MO 63005-1243
518303259      +Monmouth Ocean Hospital Service Corp.,   C/O Gem Recovery Systems,   800 Kindermack Road,
                 Suite 206 N,   Oradell, NJ 07649-1554
518280401       Sears Credit Cards,   PO Box 78051,   Phoenix, AZ 85062-8051
518307940      +TD Bank, N.A. as successor in,   interest to Commerce Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel,   950 New Loudon Rd,   Latham, NY 12110-2100
518466221      +The Alberto Brothers Law Firm,   949 Lacey Road,   Upper Level,   Forked River, NJ 08731-1057
518310360      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518280409       US Small Business Administration,   2 20th St N Ste 320,   Birmingham, AL 35203-4002
518280410       VItal Recovery Services, Inc.,   PO Box 923747,   Norcross, GA 30010-3747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2020 01:39:48     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2020 01:39:47     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: AGFINANCE.COM Apr 17 2020 05:18:00      One Main Financial Group, LLC,   POB 3251,
                 Evansville, IN 47731-3251
518280377       EDI: GMACFS.COM Apr 17 2020 05:18:00      Ally,   PO Box 380902,   Bloomington, MN 55438-0902
518280378       EDI: GMACFS.COM Apr 17 2020 05:18:00      Ally Bank,   PO Box 380903,
                 Minneapolis, MN 55438-0903
518488478       EDI: GMACFS.COM Apr 17 2020 05:18:00      Ally Bank Lease Trust,   PO Box 130424,
                 Roseville MN 55113-0004
518280379       EDI: AMEREXPR.COM Apr 17 2020 05:18:00      American Express,   PO Box 1270,
                 Newark, NJ 07101-1270
518332569       EDI: BECKLEE.COM Apr 17 2020 05:18:00      American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518280380      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 17 2020 01:40:04
                 Bayview Loan Servicing,   4425 Ponce de Leon Blvd,   Coral Gables, FL 33146-1873
518403754      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 17 2020 01:40:04
                 Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
518280382       EDI: CAPITALONE.COM Apr 17 2020 05:18:00      Capital One,   PO Box 6492,
                 Carol Stream, IL 60197-6492
518352930      +EDI: AIS.COM Apr 17 2020 05:18:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518393605       EDI: BL-BECKET.COM Apr 17 2020 05:18:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
518400559      +EDI: CITICORP.COM Apr 17 2020 05:18:00      Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
518280384       E-mail/PDF: creditonebknotifications@resurgent.com Apr 17 2020 01:36:48     Credit One Bank,
                 PO Box 98872,   Las Vegas, NV 89193-8872
518400529       EDI: Q3G.COM Apr 17 2020 05:18:00      Department Stores National Bank,   c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
518280385       EDI: DISCOVER.COM Apr 17 2020 05:18:00      Discover Bank,   PO Box 71084,
                 Charlotte, NC 28272-1084
518292011       EDI: DISCOVER.COM Apr 17 2020 05:18:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
518280392       E-mail/Text: bncnotices@becket-lee.com Apr 17 2020 01:39:15     Kohl's,   PO Box 3115,
                 Milwaukee, WI 53201-3115
518280393       E-mail/Text: bncnotices@becket-lee.com Apr 17 2020 01:39:15     Kohl's,   PO Box 2983,
                 Milwaukee, WI 53201-2983
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Apr 16, 2020
                              Form ID: 148             Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518394204         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 01:36:54      LVNV Funding, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518280400        +EDI: AGFINANCE.COM Apr 17 2020 05:18:00      One Main Financial,    1350 Hooper Avenue,
                   Toms River, NJ 08753-2980
518331016        +EDI: AGFINANCE.COM Apr 17 2020 05:18:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
518385438         EDI: PRA.COM Apr 17 2020 05:18:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                   POB 41067,   Norfolk VA 23541
518401116         EDI: PRA.COM Apr 17 2020 05:18:00      Portfolio Recovery Associates, LLC,
                   c/o Jc Penney Credit Card,    POB 41067,   Norfolk VA 23541
518381147         EDI: PRA.COM Apr 17 2020 05:18:00      Portfolio Recovery Associates, LLC,    c/o Lowe's,
                   POB 41067,   Norfolk VA 23541
518381142         EDI: PRA.COM Apr 17 2020 05:18:00      Portfolio Recovery Associates, LLC,
                   c/o Tjx Rewards Credit Card,    POB 41067,   Norfolk VA 23541
518284264        +EDI: RMSC.COM Apr 17 2020 05:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
518280402         EDI: RMSC.COM Apr 17 2020 05:18:00      Synchrony Bank,    PO Box 960061,
                   Orlando, FL 32896-0061
518280403         EDI: RMSC.COM Apr 17 2020 05:18:00      Synchrony Bank/JCP,    PO Box 960090,
                   Orlando, FL 32896-0090
518280404         EDI: RMSC.COM Apr 17 2020 05:18:00      Synchrony Bank/Lowes,    PO Box 530914,
                   Atlanta, GA 30353-0914
518280405         EDI: RMSC.COM Apr 17 2020 05:18:00      Synchrony Bank/TJX Rewards,    PO Box 530948,
                   Atlanta, GA 30353-0948
518404579         EDI: TDBANKNORTH.COM Apr 17 2020 05:18:00      TD Bank, N.A.,
                   c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
518280406         EDI: TDBANKNORTH.COM Apr 17 2020 05:18:00      TD Bank, NA,    32 Chestnut St,
                   Lewiston, ME 04240-7744
518280407         EDI: TFSR.COM Apr 17 2020 05:18:00      Toyota Financial Services,    Attn: Bankruptcy Dept,
                   PO Box 8026,   Cedar Rapids, IA 52408-8026
518280408         EDI: TFSR.COM Apr 17 2020 05:18:00      Toyota Motor Credit,    PO Box 9786,
                   Cedar Rapids, IA 52409-0004
518388524        +EDI: AIS.COM Apr 17 2020 05:18:00      Verizon,    by American InfoSource as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518372931         EDI: WFFC.COM Apr 17 2020 05:18:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                   Des Moines, IA 50306-0438
518280411         EDI: WFFC.COM Apr 17 2020 05:18:00      Wells Fargo Bank, NA,    PO Box 71118,
                   Charlotte, NC 28272-1118
                                                                                               TOTAL: 39

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518393606*        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              Albert Russo     docs@russotrustee.com
              Daniel E. Straffi    on behalf of Joint Debtor Liza  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Debtor Felucene  Felicitas bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Edward L. Paul    on behalf of Creditor    Elite Construction Corporation elp@paulandkatzlaw.com,
               jen@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Gavin  Stewart    on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Apr 16, 2020
                              Form ID: 148             Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N.A. as successor in interest to Commerce Bank, N.A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

    Peter E. Meltzer    on behalf of Creditor    One Main Financial Group, LLC pmeltzer@wglaw.com, ibernatski@wglaw.com

    Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company. rsolarz@kmllawgroup.com

    Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. as successor in interest to Commerce Bank, N.A. rtracy@hillwallack.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                       TOTAL: 11